

Pro Se 14 (Rev. 09/16) Complaint for Violation of Civil Rights (Prisoner)

FILED

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA

2017 MAR 23 A 11: 01

U.S. DISTRICT COURT
N.D. OF ALABAMA

__Michael Lee Davis__
Plaintiff
(Write your full name. No more than one plaintiff may be named in a complaint.)

-v-

__Jefferson County Jail__
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all of the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here. Your complaint may be brought in this court only if one or more of the named defendants is located within this district.)

Case No. _____
(to be filled in by the Clerk's Office)

CV-17-HS-0451-S

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee of $400.00 or an Application to Proceed *In Forma Pauperis*.

Mail the original complaint and the filing fee of $400.00 or an Application to Proceed *In Forma Pauperis* to the Clerk of the United States District Court for the Northern District of Alabama, Room 140, Hugo L. Black U.S. Courthouse, 1729 5th Avenue North, Birmingham, Alabama 35203-2195.

1

I.  **The Parties to this Complaint**

A.  **The Plaintiff**

Provide the information below for the plaintiff named in the complaint.

Name: Michael Lee Davis
All other names by which you have been known: ___
ID Number: 335584
Current Institution: Jefferson County Jail
Address: 809 Richard Arrington Jr. Blvd. N.
Birmingham, AL 35203
City / State / Zip Code

B.  **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Jefferson County Jail
Job or Title *(if known)*: ___
Shield Number: ___
Employer: ___
Address: 809 Richard Arrington Jr. Blvd N.
Birmingham, AL 35203
City / State / Zip Code

☐ Individual Capacity   ☒ Official Capacity

Defendant No. 2
Name: ___
Job or Title *(if known)*: ___
Shield Number: ___
Employer: ___
Address: ___
City / State / Zip Code

☐ Individual Capacity   ☐ Official Capacity

2

Defendant No. 3

    Name _____

    Job or Title *(if known)* _____

    Shield Number _____

    Employer _____

    Address _____

                *City*           *State*         *Zip Code*

    ☐ Individual Capacity      ☐ Official Capacity

Defendant No. 4

    Name _____

    Job or Title *(if known)* _____

    Shield Number _____

    Employer _____

    Address _____

                *City*           *State*         *Zip Code*

    ☐ Individual Capacity      ☐ Official Capacity

**II.**    **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal law]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

   A.   Are you bringing suit against *(check all that apply)*:

       ☐  Federal officials (a *Bivens* claim)

       ☒  State or local officials (a § 1983 claim)

   B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities, secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

My 1st Amendment and 42 U.S.C.A. Section 2000cc-a(a). I tried to talk to everyone here saying I received my kosher meals in the city jail and why can't I in the county jail. 42 U.S.C.A. section 2000cc-1

3

C. Plaintiffs suing under *Bivens* may only recover for violation of certain constitutional rights. If you are suing under *Bivens,* what constitutional right(s) do you claim is/are being violated by federal officials?

_____
_____

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens,* explain how each defendant acted under color of federal law. Attach additional pages if needed.

*By not allowing me my Kosher meals.*

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply):*

- [x] Pretrial Detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other _____
  *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

_____

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

*I was denied of my Kosher meals here at the county jail starting 11-18-16.*

4

C. What date and approximate time did the events giving rise to your claim(s) occur?

11-18-16    9 pm

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was denied Kosher meals but Muslims aloud theirs and the whole dorm sees it 3 times a day.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries in detail.

Depression, mental stress

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I would like the court to make the County Jail hire a Rabbi and grant me with a million dollars or what the court see fits. Also to be able to receive my Kosher meals and be able to practice my religion while I am here.

5

VII. **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Jefferson County Jail

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☒ No

☐ Do not know

If yes, which claim(s)?

6

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   In the Jefferson County Jail

2. What did you claim in your grievance?

   That I was not receiving Kosher meals.

3. What was the result, if any?

   I was told to buy them off of commissary

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   I was told I was not able to appeal the county decision on the grievances

7

F.  If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   _____

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   _____

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   *Attached* _____

   _____

   *(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had any cases dismissed based on grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted?

☐ Yes

☒ No

If yes, state which court dismissed your case(s), when this occurred, and attach a copy of the order(s) if possible.

_____

_____

_____

_____

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _____

   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?*

   _____

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

Printed Name of Plaintiff    Michael Lee Davis
Prison Identification #      335584
Prison Address               809 Richard Arrington Jr. Blvd. N.
                             Birmingham        AL      35203
                               City            State   Zip Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  3/20/17
               (Date)

_____
Signature of Plaintiff

10

## Jefferson County Sheriff's Department
## Jail Division
## Inmate Grievance

**From:** Davis, Michael L    2161391 9    335584
Last Name    First    MI    Jail Number    JCID#

State the nature of the grievance including, if applicable, the date, time and location of the incident. Be sure to sign and date your statement. When completed, turn this form in to the floor deputy. Most requests and grievances can be handled informally by the floor deputy and do not require this form. Unresolved grievances and personnel complaints will be forwarded to a supervisor for investigation and resolution. You will be notified of the results.

(11-19-16) I came into the jail and notified the people in charge that I was Jewish and only eat Kosher meals due to my religion. Today was my first full day here and I had none of my Kosher/Religious meals. Every time I bring it up the C.O.s say they do not do it here. Witnesses of the whole dorm saw this at every meal.

Michael Davis    11-19-16    Dep. Branca    11-19-16
**Inmate Signature**    **Date**    **Receiving Deputy**    **Date**

### Grievance Response (**Do Not Write Below**)

You were told correctly. We don't have Kosher meals in this facility.

This Matter was investigated by: CKO Molina    Response Reviewed By: _____
The Response was Given to the Inmate by _____ Date: _____
White Copy: File    Yellow Copy: To Inmate After Response    Pink Copy: To Inmate After Receiving Deputy Signature

## Jefferson County Sheriff's Department
### Jail Division
### Inmate Grievance

**From:** Davis        Michael        Lee    21613919    335584
Last Name      First          MI      Jail Number     JCID#

State the nature of the grievance including, if applicable, the date, time and location of the incident. Be sure to sign and date your statement. When completed, turn this form in to the floor deputy. Most requests and grievances can be handled informally by the floor deputy and do not require this form. Unresolved grievances and personnel complaints will be forwarded to a supervisor for investigation and resolution. You will be notified of the results.

I tried to eat the non-Kosher food for 3 days now. I got sick and feel so weird for eating it. I know I am not suppose to be denied my Religious rights. So, I am filing this again to try to have my Religious food given to me. I cannot eat this unclean food that is not in my Religious Beliefs. Again I will NOT eat this food until my Kosher food comes.

Thank You,

**Inmate Signature** [signed]   **Date** 11-29-16   **Receiving Deputy** ____   **Date** ____

### Grievance Response (**Do Not Write Below**)

Response is still the same. We do not provide Kosher food in this facility. All inmates eat the same food ~~~~~~~~~~~~~~~~

This Matter was investigated by: CRO Medina    Response Reviewed By: _____
The Response was Given to the Inmate by _____    Date: _____
White Copy: File   Yellow Copy: To Inmate After Response   Pink Copy: To Inmate After Receiving Deputy Signature

## Jefferson County Sheriff's Department
## Jail Division
## Inmate Grievance

**From:** Davis          Michael        L       21613919      335584
        Last Name        First          MI      Jail Number   JCID#

State the nature of the grievance including, if applicable, the date, time and location of the incident. Be sure to sign and date your statement. When completed, turn this form in to the floor deputy. Most requests and grievances can be handled informally by the floor deputy and do not require this form. Unresolved grievances and personnel complaints will be forwarded to a supervisor for investigation and resolution. You will be notified of the results.

(1-8-17) Before I file my civil lawsuit against the county jail for violating my Religious Rights on me obtaining my Kosher meals, I was seeing if I can obtain them now or should I just file the lawsuit. Thank you

_[signature]_  1-8-17
**Inmate Signature**      **Date**           **Receiving Deputy**         **Date**

### Grievance Response (**Do Not Write Below**)

I spoke with you on 1/9/17 at approximately 1130 Hrs. You stated that Sgt Fells and the Kitchen Supervisor had previously spoken with you about this situation. You also stated they told you we do not do kosher meals here and advised you to buy the meals from the store

This Matter was investigated by: _[signature]_       Response Reviewed By: _____
The Response was Given to the Inmate by RIZZO   Date: 1/7/17

White Copy: File    Yellow Copy: To Inmate After Response    Pink Copy: To Inmate After Receiving Deputy Signature

# Jefferson County Sheriff's Department
## Jail Division
### Inmate Grievance

From: **Davis**  **Michael**  **L**  **21613919**  **335584**
Last Name   First   MI   Jail Number   JCID#

State the nature of the grievance including, if applicable, the date, time and location of the incident. Be sure to sign and date your statement. When completed, turn this form in to the floor deputy. Most requests and grievances can be handled informally by the floor deputy and do not require this form. Unresolved grievances and personnel complaints will be forwarded to a supervisor for investigation and resolution. You will be notified of the results.

(1-25-17) I am a Jewish inmate and would like my Kosher meals and I have constitutional protections under the 1st Amendment to the United States Constitution to be provided them by the county jail. The rights of religious freedom articulated in the amendment have been held applicable to the states through the due process clause of the 14th Amendment. I also have federal statutory protection under the Religious Land Use & Institutionalized Persons Act of 2000 (RLUIPA), 42 U.S.C.A. section 2000 cc-1(a). Shakur v. Schriro, 514 F3d 878. I do have a right to be provided with my Kosher meals by the county jail to maintain my Religious beliefs and my health. I WILL NOT EAT the food here until my rights are met as to my 1st Amendment Rights. If they are not met then I have no choice but to file a lawsuit in a federal court of my rights being violated with all the evidence of them being denied here in Jefferson County Jail.

_____ 1-25-17  _____  _____
Inmate Signature            Date      Receiving Deputy            Date

### Grievance Response (**Do Not Write Below**)

Mr. Davis we do not provide Kosher meals in this facility. If you'd like you can buy food or snack items from commissary.

This Matter was investigated by: **CFO MEDINA**   Response Reviewed By: _____
The Response was Given to the Inmate by _____ Date: **1/27/17**

White Copy: File   Yellow Copy: To Inmate After Response   Pink Copy: To Inmate After Receiving Deputy Signature